Adam B. Nach – 013622
Kristofer R. McDonald – 033239
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: kristofer.mcdonald@lane-nach.com

*Attorneys for Jill H. Ford, Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| VICKIE LEE CROWLEY, | No. 2:23-bk-01489-DPC |
| Debtor. | **TRUSTEE'S APPLICATION TO EMPLOY REAL PROPERTY BROKERS; DECLARATIONS OF BROKERS** |

Jill H. Ford, Chapter 7 Trustee, by and through her counsel undersigned, herein makes application to this Court for an Order approving the employment of real estate brokers on behalf of this Estate. Trustee seeks to employ (i) California and Arkansas broker Nathan Genovese who operates a real estate brokerage practice specifically designed to support bankruptcy trustees, (ii) and local Virginia broker, Robert Jankovic. The total anticipated real property commission will be no more than six percent (6.0%), and there is therefore no anticipated additional cost to the Estate for engaging both brokers. For her Application, Trustee respectfully submits the following:

1. This case was commenced by a voluntary petition filed by Vickie Lee Crowley ("**Debtor**") under Chapter 7 of Title 11, United States Code, on March 9, 2023 ("**Petition Date**").

2. Jill H. Ford is the duly appointed and acting trustee in this Chapter 7 case (hereinafter "**Trustee**").

3. At the time of the commencement of this case Debtor reported having an ownership interest in real property located in City of Newport News, Virginia and more particularly described as 15 Groome Road, Newport News, Virginia 23601 ("**Real Property**").

4. Trustee seeks the assistance of Nathan Genovese ("**Broker Genovese**") to list,

market, and sell the Real Property. A copy of Broker Genovese's Declaration is attached as **Exhibit "A"** and incorporated herein by reference.

5. As more fully set forth in Exhibit "A", Broker Genovese operates a nationwide resource for bankruptcy trustees, which services include coordination with local brokers, title companies and escrow companies.

6. Broker Genovese has contacted Robert Jankovic, a broker and owner of RE/MAX Capital, located at 1176 Jamestown Rd. Ste. A, Williamsburg, VA 23185 ("**Broker Jankovic**"), regarding the sale of the Real Property. A copy of Broker Jankovic's Declaration is attached as **Exhibit "B"** and is incorporated herein by reference.

7. Trustee seeks approval to engage Broker Genovese and Broker Jankovic (collectively "**Trustee's Brokers**") on the following terms and conditions:

   a. Trustee's Brokers shall be entitled to reimbursement for all reasonable costs advanced, subject to Court approval;
   b. The real estate commission to be paid to Trustee's Brokers is 6%, subject to a commission of up to 3% for the buyer's broker, as is customary in the industry.
   c. Any sale will be duly noticed and is subject to Court approval.
   d. The initial listing will be through December 31, 2023, subject to renewed application with the Court.

8. For the foregoing reasons and for all other necessary and proper purposes, Trustee desires to retain Trustee's Brokers to list, market, and sell the Real Property, and Trustee's Brokers have agreed to list, market, and attempt to sell the Real Property on behalf of the Estate.

9. Trustee seeks to engage Broker Genovese because of his extensive expertise and knowledge of Bankruptcy sales.

10. Trustee seeks to engage Broker Jankovic for his knowledge of the real property market in the immediate vicinity of the asset.

11. Trustee is informed and believes and therefore alleges that the employment of

Trustee's Brokers on the terms and conditions provided for herein is in the best interest of the Estate.

12. Trustee's Brokers have been informed and understand that no sale may be consummated until after appropriate notice is given to all creditors and parties in interest.

13. Trustee is satisfied from the declarations of Trustee's Brokers attached hereto that they are disinterested persons or entities within the meaning of 11 U.S.C. §101(14). Trustee's Brokers' connections with the creditors of this Estate and any other party-in-interest, their respective attorneys and accountants, the Trustee, and persons employed in the Office of the United States Trustee, are limited to the connection as set forth in Brokers' Declarations attached hereto.

14. Trustee's Brokers are aware of the provisions of 11 U.S.C. §330 and understand, notwithstanding the terms and conditions of employment herein set forth, that the approval of employment does not automatically approve the professional fees, and that the Bankruptcy Court may allow compensation different from the compensation provided herein upon a separate application for fees filed with the Court and after notice to all creditors and parties-in-interest providing the opportunity for the Court to review any objections which any party may have. Trustee's Brokers further understand that the Court may also consider the amended application in the absence of any objections, and may adjust the fees according to the merits of the particular case pursuant to 11 U.S.C. §§ 327, 328, 329, 330, and 331.

WHEREFORE, Jill H. Ford, Trustee, respectfully requests that this Court enter its Order approving the employment of Broker Genovese and Broker Jankovic on behalf of this Estate and for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 5th day of July, 2023.

**LANE & NACH, P.C.**

By: */s/ Adam B. Nach – 013622*
    Adam B. Nach
    Kristofer R. McDonald
    *Attorneys for Trustee*

3

Case 2:23-bk-01489-DPC    Doc 18    Filed 07/05/23    Entered 07/05/23 14:54:54    Desc
Main Document    Page 3 of 8

```
 1  COPY of the foregoing delivered
    via electronic mail to:
 2
    Eric R. Thieroff
 3  Oswalt Law Group, PC
    3933 S. McClintock Dr., Ste. 500
 4  Tempe, AZ 85282
    Email: ethieroff@oswaltlawgroup.com
 5  *Attorney for Debtor*

 6  Office of U.S. Trustee
    230 North First Avenue
 7  Phoenix, AZ 85003
    Email: Larry.Watson@usdoj.gov
 8  Email: ustpregion14.px.ecf@usdoj.gov

 9  Nathan Genovese
    Email: bktrusteerealestate@gmail.com
10

11  By: */s/ Debbie McKernan*
```

# Exhibit "A"

# DECLARATION

I, Nathan Genovese, declare:

1. This Declaration accompanies the foregoing Application, which I have reviewed, and agree to be bound by the terms thereof.

2. I have extensive experience in residential and commercial real estate sales.

3. My real estate practice specializes in supporting bankruptcy trustees who engage me to assist in the sale of real property throughout the country, (which services include coordination with local brokers, title companies, and escrow companies).

4. My office, RE/MAX Real Estate Results, is located in Bentonville, Arkansas. However, for properties located outside of California or Arkansas, I am employed as "Nathan Genovese, Broker". My business address is 27 Kircaldy Drive, Bella Vista, AR 72715.

5. I have read the Trustee's Application and have investigated the Real Property described therein. I believe I am qualified to provide the services set forth therein to the Estate.

6. I have agreed to accept employment on the following terms and conditions as set forth in Trustee's Application: (1) Trustee's Broker shall be entitled to reimbursement for all reasonable costs advanced, subject to Court approval; (2) The real estate commission to be paid to Trustee's Broker is 6%, subject to a commission of up to 3% for the buyer's broker, as is customary in the industry; and (3) Any sale will be duly noticed and is subject to Court approval.

7. Neither my employees, affiliates, nor I hold any interest or connections adverse to this Bankruptcy Estate or otherwise, with the Debtor, creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee; I am a disinterested entity as defined in 11 U.S.C. §101(14).

8. I am aware of the provisions of 11 U.S.C. § 327 and have agreed, notwithstanding the terms and conditions of employment herein set forth, that the Bankruptcy Court may allow compensation different from the compensation provided herein

I, Nathan Genovese, declare under penalty of perjury that the foregoing is true and correct.

DATED: 7/3/2023

By: _/s/ Nathan Genovese_
Nathan Genovese

# Exhibit "B"

# DECLARATION

I, Robert Jankovic, declare:

1. This Declaration accompanies the foregoing Application, which I have reviewed, and agree to be bound by the terms thereof.

2. I am broker and owner of RE/MAX Capital located at 1176 Jamestown Rd., Ste. A, Williamsburg, VA 23185.

3. I have read the Trustee's Application and have investigated the Real Property described therein. I believe I am qualified to provide the services set forth therein to the Estate.

4. I have agreed to accept employment on the following terms and conditions as set forth in Trustee's Application: (1) Trustee's Broker shall be entitled to reimbursement for all reasonable costs advanced, subject to Court approval; (2) The real estate commission to be paid to Trustee's Broker is 6%, subject to a commission of up to 3% for the buyer's broker, as is customary in the industry; and (3) Any sale will be duly noticed and is subject to Court approval.

5. Neither my employees, affiliates, nor I hold any interest or connections adverse to this Bankruptcy Estate or otherwise, with the Debtor, creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee; I am a disinterested entity as defined in 11 U.S.C. §101(14).

6. I am aware of the provisions of 11 U.S.C. § 327 and have agreed, notwithstanding the terms and conditions of employment herein set forth, that the Bankruptcy Court may allow compensation different from the compensation provided herein.

I, Robert Jankovic, declare under penalty of perjury that the foregoing is true and correct.

DATED: 7/3/2023

By: /s/ Robert Jankovic
Robert Jankovic